UNITED STATES of America,
Plaintiff–Appellee

v.

Jose ZAVALA–MOLINA, also known as Jose Angel Zavala–Molina, also known as Jose Zabala, also known as Jose Zabala–Molina, Defendant–Appellant.

No. 09–41214
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, H. Michael

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Zavala–Molina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Zavala–Molina has filed a response. To the extent Zavala–Molina is raising a claim of ineffective assistance of counsel, the record is insufficiently developed at this time to allow for its consideration; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Zavala–Molina's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.